Entered on Docket April 22, 2014

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Timothy W Dore
Chapter 7
Hearing Location: Seattle
Hearing Date: April 25, 2014
Hearing Time: 9:30 a.m.
Response Date: April 18, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | **NO.: 14-11458-TWD** |
| TANIE PARKER, | **ORDER GRANTING RELIEF FROM STAY TO WELLS FARGO BANK, NA** |
| DEBTORS. | |

This matter came before the Court upon Wells Fargo Bank, NA's ("Creditor") motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the Trustee's Deed that is the subject of Wells Fargo Bank, NA's motion and further as to the

Order Granting Relief From Stay
Page - 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

property located at 147 South 329th Place, Unit A, Federal Way, Washington WA 98003 ("Property") and legally described as set forth in the Trustee's Deed already on file.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362 (d), the automatic stay is terminated as to Wells Fargo Bank, NA, its successors and assigns, so that it may proceed with its state law eviction remedies and/or enforcement of the Trustee's Deed that is the subject Wells Fargo Bank, NA's motion. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:
**RCO LEGAL, P.S.**

/s/ James Miersma WSBA# 22062 for
Michelle R Riel, WSBA# 42090
Attorneys for Movant

Order Granting Relief From Stay
Page - 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131